UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stephen W. Carlson,                                                       Civil No. 05-1860 (DWF/SRN)

          Plaintiff,

v.                                                                                          **ORDER**

Kelly Services, Inc.; American Express
Financial Corporation, sued as American
Express Financial Corp.; International
Multifoods Corporation; and General Mills,
Inc.,

          Defendants.

_____

Stephen W. Carlson, *Pro Se*, Plaintiff.

Megan L. Anderson, Esq., Gray Plant Mooty Mooty & Bennett, PA, counsel for Defendant Kelly Services, Inc.; Julie A. Fleming-Wolfe, Esq., Fleming-Wolfe Law Office, counsel for Defendant American Express Financial Corporation, Daniel G. Wilczek, Esq., and Daniel N. Lovejoy, Esq., Faegre & Benson LLP, counsel for Defendant International Mutlifoods Corporation; and Kathryn Mrkonich Wilson, Esq., and Ruon S. Sawyer, Esq., Littler Mendelson, PC, counsel for Defendant General Mills, Inc.

_____

      This matter is before the Court upon Plaintiff's objections to Magistrate Judge Susan Richard Nelson's Report and Recommendation dated January 9, 2006, recommending that: (1) Defendant General Mills, Inc.'s Motion to Dismiss be granted; Defendant Kelly Services, Inc.'s Motion to Dismiss be granted; (3) Defendants American Express Financial Advisors and American Express' Motion to Dismiss be granted; (4) Defendant International Multifoods' Motion to Dismiss or for Summary Judgment or for More Definite Statement be granted; (5) all of Plaintiff's claims be dismissed with

prejudice; and (6) an award of costs to Defendants be contingently deferred as set forth in Magistrate Judge Nelson's Report and Recommendation.

The Court has conducted a *de novo* review of the extensive record in this matter, including a review of the arguments and submissions of the parties, as well as the procedural history of this case, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Plaintiff's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

1. Plaintiff Stephen W. Carlson's objections (Doc. No. 56) to Magistrate Judge Susan Richard Nelson's Report and Recommendation dated January 9, 2006, are **DENIED**.

2. Magistrate Judge Susan Richard Nelson's Report and Recommendation dated January 9, 2006 (Doc. No. 49), is **ADOPTED**.

3. Defendant General Mills, Inc.'s Motion to Dismiss (Doc. No. 3) is **GRANTED**.

4. Defendant Kelly Services, Inc.'s Motion to Dismiss (Doc. No. 9) is **GRANTED**.

5. Defendants American Express Financial Advisors and American Express' Motion to Dismiss (Doc. No. 15) is **GRANTED**.

6. Defendant International Multifoods' Motion to Dismiss or for Summary Judgment or for More Definite Statement (Doc. No. 21) is **GRANTED**.

      7.      All of Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

      8.      An award of costs to Defendants is contingently deferred as set forth in Magistrate Judge Nelson's Report and Recommendation.

Dated:  February 13, 2006        s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          Judge of United States District Court